IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LORI V. BROWN,

        Plaintiff,

                                 Case No.: 3:20-cv-1100

    v.

GREEN COUNTY,

        Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Lori V. Brown, and Defendant, Green County, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned matter shall be dismissed on its merits and with prejudice but without costs or attorneys' fees to either party.

Dated this 31st day of August, 2022.

**HAWKS QUINDEL, S.C.**
*Attorneys for Plaintiff, Lori V. Brown*

By:   */s/ Colin B. Good*
Nicholas E. Fairweather, State Bar No.: 1036681
Email: nfairweather@hq-law.com
Colin B. Good, State Bar No.: 1061355
Email: cgood@hq-law.com
Jakob E. Feltham, State Bar No.: 1097614
Email: jfeltham@hq-law.com
409 East Main Street
Post Office Box 2155
Madison, Wisconsin 53701-2155
Telephone: (608) 257-0040
Facsimile: (608) 256-0236

**LINDNER & MARSACK, S.C.**
*Attorneys for the Defendant, Green County*


By:____*/s/ Kristofor L. Hanson*_____
Samantha J. Wood, State Bar No.: 1091367
Email: swood@lindner-marsack.com
Kristofor L. Hanson, State Bar No.: 1055122
Email: khanson@lindner-marsack.com
411 East Wisconsin Avenue, Suite 1800
Milwaukee, WI 53202-4498
Telephone: (414) 273-3910
Facsimile: (414) 273-0522